In the Matter of the Claim of THERESA KORNMEYER, Respondent, against QUEENS VILLAGE REPUBLICAN CLUB, INC., et al., Appellants, and ROBERT R. MORRELL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.